```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

BRADLEY and LORRIE COUCH § 
§
VS. § ACTION NO. 4:17-CV-395-Y
§
STATE FARM LLOYDS §

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED October 25, 2017.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr